FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT. 42 U.S.C. § 1983

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS**
__Central__ **DIVISION**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 2 0 2023

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

CASE NO. 4:23-cv-00370-KGB-JTR

Jury Trial: ✔Yes ☐ No
**(Check One)**

## I.  Parties

In item A below, place your **full** name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.  Name of plaintiff: __Philip DewAyne Stewart__
ADC # __80429__

Address: __3201 West Roosevelt Road, Little Rock, Ar. 72204__

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

This case assigned to District Judge Baker
and to Magistrate Judge Ray

Address: _____

In item B below, place the **full** name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.  Name of defendant: __Stovel__

Position: __Deputy__

Place of employment: __PCRDF__

Address: __3201 West Roosevelt Road, Little Rock, Ar. 72204__

Name of defendant: __Eric G. Higgins__

Position: __Sheriff__

Place of employment: _PCRDF_____

Address: _3201 West Roosevelt Road, Little Rock, Ar. 72204_

Name of defendant: _Devore_____

Position: _Deputy_____

Place of employment: _PCRDF_____

Address: _3201 West Roosevelt Road, Little Rock Ar. 72204_

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.    Are you suing the defendants in:

☐    official capacity only
☐    personal capacity only
☑    both official and personal capacity

III.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___    No ✓

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

    ☐    Court (if federal court, name the district; if state court, name the county):

    ☐    Docket Number: _____

    ☐    Name of judge to whom case was assigned: _____

    ☐    Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

    ☐    Approximate date of filing lawsuit: _____

    ☐    Approximate date of disposition: _____

**IV.**    Place of present confinement: *PCRDF* _____

_____

**V.**    At the time of the alleged incident(s), were you:
(check appropriate blank)

    __✔__ in jail and still awaiting trial on pending criminal charges

    _____ serving a sentence as a result of a judgment of conviction

    _____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

**VI.**    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    **A.**    Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes __✔__   No ____

    **B.**    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓    No ____

If not, why? _____

_____

**VII.** **Statement of claim** Failure to Meet Medical NEED

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) Against, Sheriff, Higgins;

For, Failure to train:
For, Sheriff, Eric S. Higgins, Failed to train his subordinates.
To meet Inmates serious medical NEED; which violate, My 8th
Through, 14th Amendments His Action is deliberate
Indifference, and cruel; and unusual Punishment;
For, I have been deprived of a lower Tier, since 2-14-23;
As, of, 4-19-23; I still Have not got one; As, my, lower Tier,
And lower Rack, or lower Bunk cell For.

I have a Doctor Prescribed, lower Tier, lower script,
since 12-24-22; when I came From (C) Unit, 2-14-23;

I was given a Bunk on, the second tier. Which consist of,
Sixteen Stairs, one way. But up and down them, are
32 steps, going up and down them, Hurt, My Back, and
Leg, that I was Shot In, I lost A Kidney to the
Gun Shot, Medical Records, at, uAms, and, Adc.

I was in cell 405, (L) Unit, From 2-14-23 to 4-18-23;
Now, I am in cell, 403, Still on second Tier, But in 403
cell (L) Unit; My Back, and legs Are Hurting me.
This is emotional Distress, AND Mental Anguish;

_____

_____

_____

VIII.    Relief **$00,000 PUNItive Damages, $100,000 INJunctive Relief, $100,000 Compensatory Damages**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. **see to my medical Need, being Met; No Retaliation by Staff;**

_____

_____

_____

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this **19** day of **APril**, 20 **23**.

_____

**Phillip DEWAYNe Stewart**
**Phillip Dewayne Stewart**
Signature(s) of plaintiff(s)    **80429**

-8-

Phillip Dewayne Stewart 80429

(L) Unit (cell 403)

PCRDF
3201 West Roosevelt Road                    Imminent Danger Claim
Little Rock, Ar. 72204
Date: 4-19-23
2023 APR 20 A 9 35
TAMMY H DOWNS

Statement of claim: Failure to meet Medical NEED

This 1983 claim is Against, Deputy Stoval;
Who is an Employee, at, Pulaski County Regional Detention
Facility, For, ~~████████████████~~
For, Failure to meet Medical NEED.
Which violate my, 8th Amendment, Against, Deliberate
Indifference, and, cruel and unusual Punishment, to
my Serious Medical Need.
For, I asked, Deputy Stoval on, 4-18-23, to Honor,
my, Lower tier, Lower Rack Script, that was Given to me by
Medical, 12-24-22;
For, I was on the Bottom Bunk, But, I was on the second
tier. Which I had to climb, Sixteen Steps to Get to,
cell 405, in (L) Unit; Which, when I have to Go, ~~████~~ to,
To Any, Appointment, or Activity, in the Facility.
Such as Recreation, to the Tablets, one Kiosks, Phones,
Recreation, Basketball court yard, to watch television,
to Get commissary, Pill call, to Get Legal supplies,
to Get supplies, at the security Desk, to Go to
Religion Programs, to Go to Physical visit, to Go to Medical
Sick call, to Go to court, I have to walk Down,
Sixteen Steps to Get to these, Necessary Places.
And, to Get Back to 405 cell, in (L) Unit; I had to walk.
Back up Sixteen Steps, to Get Back to, cell 405, (L) Unit;
That is, 32, Steps, back, and Forward.
For, Deputy Stoval Moved me, From, cell, 405, to cell, 403;
Which is two Doors Down, and on, the Same, Second tier, or Floor.
I still on, 4-18-23, was Not Moved, to the First tier, or Floor;
Which would have been, Honoring, My Lower, or, First tier script.
Although, there were, inmates, two, which, have been, Moved to.
My cell 405, (L) Unit, on 4-18-23, on camera, and Neither, of,
the two inmates, have a Lower Rack Script.
And, one of them, will have to be, on the Lower Bunk, In, 405 cell;

Phillip Dewayne Stewart 80427
(L) Unit, cell 403
  PC RDF
  3201 W. Roosevelt Road
  Little Rock, Ar. 72204
  Date 4/19/23

Statement of claim: Failure to meet, Medical
Need

1983 claim Against, Deputy Devore, For violating 8th,
     through 14th Amendment.
For, Deputy Devore, who is Employed at, the PC RDF,
For, Deputy Devore Action on 2-14-23, was Deliberate
  Indifference, and cruel and unusual punishment, on
     2-14-23, when I was Brought From, (C) Unit, to,
     (L) Unit; Although, I had a Doctor Prescribed,
Lower Tier Script, Deputy Devore Put me, on the
     Second Tier, in cell (405), in (L) Unit
  I have been Shot, in the back, where I lost a Kidney,
  I still have a Bullet, in my Left thigh.
My Back and thigh, Pain me.
For, Recreation, and Medical Appointments, I have to
     travel up and Down, sixteen steps;
That, is a total of 32, steps to Get back and Forth,
     to cell 405, on the Second Tier.
This is mental Anguish, Emotional Distress.
I imminent Danger claim.
I am Indigent, and cannot Pay For this claim;
I want to Proceed in Forma Pauperis.
Without Having to Pay, the cost up Front.
You Have my Permission to get, my Account Balance
     From Staff, they will Not Give it to me.
I sent the Form. I only had $1.20 cent, since I have
     been incarcerated, From 12-16-22, till Now.
or, Date of this claim, 4-19-23;
I came in with, $1.20 cent;

(2)
There was No Reason, to Move me out oF, 405 cell;
IF, Deputy Stoval, was Not Going, to Move me to the Lower,
OR, First tier, in Honor, oF My Script. For, Moving two inmates,
into, my then, 405 cell (L) unit; Was Discrimination.
Rather, than Meeting, My serious Medical Need.
For, one oF, the two INMATES, Will have to sleep on.
My, then, 405 cell, Lower Bunk; And, Neither, oF, the two,
Now, 405 cell (L) unit, INMATES, have a, Lower Bunk
Script, that Would QualiFY them to, be in 405 cell,
and, sleeping on a Lower Bunk, When Neither, have a
Lower Bunk Script; For, My serious Medical Need was Not Met;
And, I was treated worse, than, ~~Both~~ Both these INMATES.
Since one oF, the two, without, a Lower BUNK Script.
Will have a Lower Bunk to sleep in, that they do Not, have a
Medical Script For, in (L) unit cell 405;
There was No JustiFied Reason, For Moving Me, out oF, then,
(L) unit, 405 cell, but, keeping Me, on the second tier.
When, I have, a Doctor, PrescriBED, Lower Rack, Lower tier
Script.
This is DeliberatE IndiFFerence, and cruel, and unusual
Punishment to My, serious Medical NEED.
For, their are Many INMATES, sleeping, on Bottom Bunks, in
the open, and No cell Bunks in (L) unit, that do Not have a
Lower Bunk Script, and Many, do Not have a Lower Tier,
Or, Lower Floor script; There is No Reason, For, Me to be,
on the second Tier, or, Floor. Or, be on a N, UPPer, Bunk;
Which is clearly, a Violation oF, My, Doctor Prescribed, Medical,
Lower Rack, Lower Tier Script. I am treated DiFFerent, than,
these INMATES; Nor, have my, serious Medical Need, been Met;
For, my back Hurt, that I was shot in, and my LeFt, thigh, hurts,
that still have a Bullet in it; For, I lost my Right Kidney.
AFter being shot, in the Back, it is in UAMS Records; And, ADC,;
My Leg and Back Hurt, going, up and Down, sixteen stairs daily;
This is Mental Anguish, and Emotional Distress;
This is an, 8th through the 14th Amendment, violation oF my
Due Process; This have going on, since, I was Moved, to,
cell 405, on 2-14-23;

Phillip Stewart 80429
(L) UNit cell 403
PCRDF
3201 West Roosevelt Road
Little Rock, Ar. 72204

LITTLE ROCK AR 720
19 APR 2023 PM 3

US POSTAGE
$00.60º
First-Class
Mailed From 72204
04/19/2023
032A 0061864891

UNited StatEs District Court
600 West capitol Ave Nue
Little Rock, Ar. 72201

72201-332999

JM