**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**PHILLIP DEWAYNE STEWART**                                                        **PLAINTIFF**
**#80429**

**v.**                                        **Case No. 4:23-cv-00370-KGB**

**STOVAL**, *et al.*                                                              **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 3). The Court has reviewed the Recommendation (*Id.*). No party has filed objections to the Recommendation, and the time to do so has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). *Pro se* plaintiff Phillip Dewayne Stewart's complaint is dismissed without prejudice (Dkt. No. 1).

It is so ordered this 15th day of June, 202.

Kristine G. Baker
Chief United States District Judge