## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

PHILLIP DEWAYNE STEWART                                                    PLAINTIFF
#80429

v.                                    Case No. 4:23-cv-00370-KGB

STOVAL, *et al.*                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff

Phillip Dewayne Stewart's complaint is dismissed without prejudice (Dkt. No. 1).  The relief

sought is denied.

It is so adjudged this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge